UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re )
Caffe Ettore Incorporated, a California )
corporation )
) Case No. 18-22152-B-11
)
           Debtor(s). ) AMENDMENT COVER SHEET

**This form shall not be used to amend or modify plans.**

I am amending the following documents:

- [ ] Petition
- [✓] Creditor Matrix
- [✓] List of 20 Largest Unsecured Creditors
- [ ] Schedules (check appropriate boxes).
  - [ ] A/B [ ] C [ ] D [ ] E/F [ ] G [ ] H [ ] I [ ] J
- [ ] Summary of Schedules of Assets and Liabilities
- [ ] Statement of Financial Affairs
- [ ] Statement of Intention
- [ ] List of Equity Security Holders

A fee of $31 is required for:

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

### NOTICE OF AMENDMENT TO AFFECTED PARTIES

I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated: 8- MAY -2018     Attorney's or *Pro Se* Debtor's Signature: _____
                                                                Printed Name: Walter R. Dahl

### DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of _4_ pages, is true and correct.

Dated: 5/8/18                                                  Dated:

_____                   _____
Debtor's Signature                                       Joint Debtor's Signature

### INSTRUCTIONS

Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes. This form can be found on our website.

- To **add** creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file. Additionally, (or, in the event that you are only amending the creditor matrix) attach a list of all creditors with their addresses in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type a "D" next to the creditors you are deleting on any amended schedule you file. Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted.

*Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment. ***Notice of the amendment will not be given by the Clerk's Office.*** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any party affected by the amendment by serving the amendment and all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.

Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." ***(NOTE: No personal checks will be accepted.)***

Form EDC 2-015, Rev. 5/1/17


AMENDED

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Caffe Ettore Incorporated, a California corporation |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known): | 18-22152-B-11 |

■ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aqua Clean, Inc. PO Box 188428 Sacramento, CA 95818 | | | | | | $25,032.00 |
| Capital One PO Box 30285 Salt Lake City, UT 84130 | | | | | | $35,660.00 |
| Challenge Dairy Products PO Box 742266 Los Angeles, CA 90074-2266 | | All equipment and property of Debtor subject to UCC Financing Statement filed 1/17/2018; Filing No. 18-7628089615 | | $196,331.00 | $9,613.96 | $186,717.04 |
| Citicards PO Box 790046 Saint Louis, MO 63179 | | | | | | $25,411.00 |
| Del Monte Meat Co., Inc. PO Box 101831 Pasadena, CA 91189-1831 | | | | | | $29,356.00 |
| DeLano Business Solutions, LLC 610 Old York Road, Suite 400 Jenkintown, PA 19046 | | | Disputed | | | $25,000.00 |
| DesCor Builders 3164 Gold Camp Drive, Suite 250 Rancho Cordova, CA 95670 | | | Disputed | | | $224,584.00 |



AMENDED

Debtor   Caffe Ettore Incorporated, a California corporation        Case number *(if known)*   18-22152-B-11
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Downey Brand<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814 | | | | | | $24,448.00 |
| First Foundation Bank<br>Attn: Lockbox # 80550<br>19935 E Walnut Drive N<br>Walnut, CA 91789-2818 | | All equipment and property of Debtor subject to UCC Financing Statement filed 4/4/2017; Filing No. 17-7578674597 | | $134,053.00 | $82,103.00 | $51,950.00 |
| Five Star Bank<br>3100 Zinfandel Drive, Suite 100<br>Rancho Cordova, CA 95670 | | All equipment and property of Debtor subject to UCC Financing Statement filed 8/18/2017; Filing No. 17-7601692524 | | $3,364,457.00 | $1,200,036.00 | $2,164,421.00 |
| Hitachi Capital America Corp.<br>7808 Creekridge Circle, Suite 250<br>Minneapolis, MN 55439 | | All equipment and property of Debtor subject to UCC Financing Statement filed 3/16/2017; Filing No. 17-7575694071 See attached Sch A/B, Item 50 detai | | $180,036.00 | $106,266.00 | $73,770.00 |
| International Financial Services Corp.<br>PO Box 4130<br>Hopkins, MN 55343-0498 | | All equipment and property of Debtor subject to UCC Financing Statement filed 2/16/2017; Filing No. 17-7571654497 | | $161,597.00 | $95,762.00 | $65,835.00 |
| Mandelin<br>PO Box 3910<br>San Luis Obispo, CA 93403 | | | | | | $27,068.00 |
| Marque Foods, LLC<br>322 Littlefield Avenue<br>South San Francisco, CA 94080 | | | | | | $82,558.00 |
| PNC Equipment Finance<br>995 Dalton Avenue<br>Cincinnati, OH 45203 | | All equipment and property of Debtor subject to UCC Financing Statement filed 4/4/2017; Filing No. 17-7578698957 | | $263,388.00 | $153,829.00 | $109,559.00 |



AMENDED

| Debtor | Caffe Ettore Incorporated, a California corporation | Case number *(if known)* | 18-22152-B-11 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Produce Express<br>4450 Florin-Perkins Road<br>Sacramento, CA 95826 | | | | | | $96,039.00 |
| Rio Del Oro Plaza, Ltd.<br>1435 River Park Drive, Suite 500<br>Sacramento, CA 95815 | | | | | | $34,150.79 |
| Scott-Naake Paper Co., Inc.<br>333 N. 7th Street<br>Sacramento, CA 95814 | | | | | | $59,281.00 |
| TGG Accounting<br>10188 Telesis Court<br>San Diego, CA 92121 | | | Disputed | | | $148,434.00 |
| Three 29 Media, LLC<br>701 Howe Avenue, Unit F20<br>Sacramento, CA 95825 | | | Disputed | | | $178,900.00 |

Brian Born
Turnbull & Born, PC
950 Pacific Avenue, Suite 1050
Tacoma, WA 98402

Heinz Franz
2443 Fair Oaks Blvd. #448
Sacramento, CA 95825

Steven Daniels
3454 Hornsea Way
Sacramento, CA 95834

Steven Daniels
7612 West Katsilometes Road
Pocatello, ID 83204

Style Media Group
120 Blue Ravine Road, Suite 5
Folsom, CA 95630

Terminex
950 Riverside Parkway, Suite 40`
West Sacramento, CA 95605